June 18, 2015

Twelfth Court of Appeals
1517 West Front St., Ste 354
Tyler, Texas  75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 24 2015
elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: No. 12-14-00332-CV
    Robert C. Morris vs. Sherri Milligan, Et Al
    T/C No. 349-6270

Dear Court Clerk,

I am writing to inquire if the attorney for the Appellee's has filed his appeal Brief, as of this date. I beleive the deadline for filing has passed and I have not recieved any notice for an extension of time to file or a copy of the appellate brief he filed, if he has filed one.

Could you please inform me if the Appellee's have filed an Appellate Brief, what date, or if the Appellee's have filed for an extensionof time?

Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed.

Sincerely,

Robert C. Morris
Appellant Pro Se
TDCJ-ID # 1311083
Smith Unit
1313 CR 19
Lamesa, Texas  79331

cc: file